No. 04–400. GATES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–411. ARMSTRONG v. BOULDEN, BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, ET AL.; ARMSTRONG v. CORNISH, CHIEF BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF OKLAHOMA, ET AL.; and ARMSTRONG v. CORNISH, CHIEF BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF OKLAHOMA, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–435. MURRELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–437. WYETH v. SMART ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–5029. WATKINS v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 04–5046. HEARN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–5072. VANDELFT v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 04–5109. SHAW v. BENNETT ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–5129. MORROW v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5247. HARVEY v. NEVADA. C. A. 9th Cir. Certiorari denied.

No. 04–5392. SIMMONS v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 04–5429. QUINCE v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.